614

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Geovanni RODRIGUEZ–MEJIA,**
**Defendant–Appellant.**

No. 06–10728.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 18, 2008.

Ronald C. Rachow, Esq., Reno, NV, for Plaintiff–Appellee.

Michael K. Powell, Esq., Reno, NV, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Geovanni Rodriguez–Mejia appeals from his sentence of 85 months in prison and three years of supervised release for unlawful re-entry by a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Rodriguez–Mejia contends that the district court erred by increasing his sentence pursuant to 8 U.S.C. § 1326(b) because he did not admit, and a jury did not find

beyond a reasonable doubt, the temporal relationship between the prior removal and prior conviction. We disagree. Because Rodriguez–Mejia admitted to the date of his prior removal in his Rule 11 hearing, there was no error. *See United States v. Salazar–Lopez,* 506 F.3d 748, 751–55 (9th Cir.2007); *United States v. Martinez–Rodriguez,* 472 F.3d 1087, 1094 (9th Cir.2007).

Rodriguez–Mejia further contends that *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is limited to challenges to the indictment where the defendant admits the prior conviction during a guilty plea. This argument is foreclosed. *See Salazar–Lopez,* 506 F.3d at 751 n. 3.

Finally, Rodriguez–Mejia contends that in light of subsequent Supreme Court decisions, *Almendarez–Torres* is not binding precedent and has been overruled. This contention is foreclosed. *See Salazar–Lopez,* 506 F.3d at 751 n. 3.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.